845 A.2d 771

COMMONWEALTH of Pennsylvania, Appellant,

v.

Harry Vananual THORNE, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Kenneth A. Osokow, for Com., of Pennsylvania.

James Robert Protasio, for Harry Vananual Thorne.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Lycoming County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).